STATE OF NEW JERSEY v. JUAN CRUZ.

May 17, 1983.

Petition for certification denied.

PARSIPPANY–TROY HILLS EDUCATION ASSOCIATION v.
BOARD OF EDUCATION OF THE TOWNSHIP OF
PARSIPPANY–TROY HILLS.

May 17, 1983.

Petition for certification denied. (See 188 *N.J.Super.* 161)

ROBERT JOHNSON, JR. v. SALEM CORPORATION.

May 17, 1983.

Petition for certification granted. (See 189 *N.J.Super.* 50)

HENRY L. SMITH v. HAMPTON NURSERY AND
GARDEN CENTER.

May 17, 1983.

Petition for certification denied.